**No. 60597.**—Maatschappij Van Berkel's Patent N. V. v. United States, protest 253376–K/6685 (Chicago).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of meat-slicing machines and parts thereof similar in all

material respects to those the subject of *Davies Turner & Company* v. *United States* (33 Cust. Ct. 278, C. D. 1665), the claim of the plaintiff was sustained.